IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. CASE NO. |
| v. | ) | 2:18mc3810-MHT |
| | ) | (WO) |
| BRUCE DUNN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of plaintiff's motion to dismiss the application for writ of execution, it is ORDERED that the motion (doc. no. 2) is granted, and this case is dismissed. All other motions are denied as moot.

This case is closed.

DONE, this the 30th day of April, 2018.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**